JOHN S. DOW

*vs.*

LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA.

Penobscot County.   Decided August 3, 1938.   Neither allegation nor prayer is adequate for equitable relief. On this ground, and not on the merits, defendant's appeal is sustained, the decree below reversed, and plaintiff's bill dismissed. So ordered. *Michael Pilot*, for plaintiff. *Reginald H. Harris, Ross St. Germain,* for defendant.